NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In re forfeiture of:                        )
Four thousand five hundred sixty-six dollars )
($4,566.00) in U.S. currency, and           )
One thousand one hundred two dollars         )
($1,102.00) in U.S. currency.                )
_____     )
                                             )
HENRY SAILES,                                )
                                             )
            Appellant,                       )
                                             )
v.                                           )      Case No. 2D17-5116
                                             )
THE PETITION OF W. BRAD STEUBE,              )
SHERIFF OF MANATEE COUNTY,                   )
                                             )
            Appellee.                        )
_____     )

Opinion filed November 7, 2018.

Appeal from the Circuit Court for Manatee
County; Gilbert A. Smith, Jr. and Lon
Arend, Judges.

Henry Sailes, pro se.

Eric F. Werbeck, General Counsel,
Bradenton, for Appellee.

PER CURIAM.

        Affirmed.

SILBERMAN, VILLANTI, BLACK, JJ., Concur.